**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:                                          :   NO. 542
                                                :
APPOINTMENT TO THE CRIMINAL    :   CRIMINAL PROCEDURAL RULES
PROCEDURAL RULES COMMITTEE    :   DOCKET


**ORDER**


**PER CURIAM**

     **AND NOW**, this 10th day of January, 2023, Tina O. Miller, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2027.